IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
AUG 02 2018
Clerk, U.S District Court
District Of Montana
Missoula

| In the Matter of the Search of:<br><br>Content of and records relating to accounts cligence4sure@yahoo.com and cligence_1987@yahoo.com that are stored at premises controlled by Yahoo!, Inc. | MJ 18-11-M-JCL<br><br>ORDER |
|---|---|

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 2nd day of August, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge